UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THOMAS GOODSON,

                           Plaintiff,         9:10-CV-1049
   vs.                                    (DNH/TWD)

"JOHN" PROVOSK, Correctional Officer,
Clinton Correctional Facility; "JOHN" RIO,
Correctional Officer, Clinton Correctional Facility; and
L. LAVALLEY, Superintendent, Clinton,

                           Defendants.
_____

APPEARANCES:

THOMAS GOODSON
Plaintiff, pro se
90-T-1254
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. ERIC T. SCHNEIDERMAN       CHRISTOPHER W. HALL, ESQ.
New York State Attorney General        Ass't Attorney General
Attorney for Respondent
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On April 29, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised, by Report-Recommendation that defendants' motion for summary judgment be granted and the complaint be dismissed.  Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. The complaint is DISMISSED.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 6, 2013
       Utica, New York.